TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00682-CV

In the Matter of C. A. C.

FROM THE DISTRICT COURT OF BELL COUNTY, 169TH JUDICIAL DISTRICT

NO. 160,552-C, HONORABLE EDWARD S. JOHNSON, JUDGE PRESIDING

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. The motion is granted. Tex. R. App.
P. 59(a)(1)(B).

 The appeal is dismissed.

Before Justices Powers, Aboussie and Jones

Appeal Dismissed on Appellant's Motion

Filed: January 16, 1997

Do Not Publish